CK# 109
rcpt# 128707

**FILED** UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

2010 JUL 28 PM 2: 24

CLERK. U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  TYSON, TOMMY LEE, JR          Case No.  09-38428
        TYSON, KAREN ELIZABETH

        Judge Richard L.  Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that
the following is a list of the names and addresses of the persons entitled to dividends of less than
five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| American Electric Power, P.O. Box 2021, Roanoke, VA 24022-2121 | | $4.29 |
| Columbia Gas of Ohio, 200 Civic Center Dr., 11th Floor, Columbus, OH 43215 | | $4.09 |
| Tri County Veterinary Clinic, 4579 N US RT 23, Fostoria, OH 44830 | | $2.36 |

Check for $10.74 payable to the Clerk of the United States Bankruptcy Court for deposit

into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Ericka Parker_
Ericka S. Parker, Trustee

Dated:    7/23/10

Cc:
Office of the U.S. Trustee